UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 21-cv-09336-JST |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| CAMINO GROUP LLC, et al., | |
| Defendants. | |

Plaintiff Scott Johnson served his complaint on Defendants in this case on January 1, 2022. Under General Order 56, the parties were required to complete a joint site inspection by March 2, 2022. *See id.* ¶ 7.  The parties failed to comply with that deadline.  *See* ECF No. 17.  Instead, one week after the deadline had lapsed, they filed a request to forego the joint inspection.  *Id.*

The parties are ordered to show cause in writing by May 24, 2022, as to why sanctions should not be imposed for failure to comply with the Court's orders.  *See* Civ. L.R. 1-4; *Wang v. Nevada Sys. of Higher Educ.*, No. 3:18-CV-00075-MMD(CLB), 2022 WL 95428, at *4 (D. Nev. Jan. 10, 2022) ("Federal courts have the inherent power to punish conduct which abuses the judicial process, including accessing attorneys' fees when a party has 'acted in bad faith, vexatiously, wantonly, or for oppressive reasons.'" (quoting *Chambers v. NSDCO, Inc.*, 501 U.S. 32, 45-46 (1991)).  The Court notes that it has frequently been required to address Plaintiff's, and Plaintiff's counsel's, failure to comply with the Court's deadlines.  *See Johnson v. Silvercreek Yuba I, LLC*, Case No. 21-cv-05907; *Johnson v. Gamba*, Case No. 21-cv-06708; *Whitaker v. Sugarman*, Case No. 4:21-cv-07308; *Johnson v. T&V Investment, Inc.*, Case No. 21-cv-09162.

/ / /

/ / /

The Court will conduct a show cause hearing on June 7, 2022, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  March 10, 2022

_____
JON S. TIGAR
United States District Judge